# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A. | U.S. District Court | 06/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 4-730
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Enterprise Bank, Lowell MA (director's fees) |
| 2. | 2014 | Self-employed marketing communications consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Company common | A | Dividend | J | T | | | | | |
| 2. Absolute Strategies Fund | | None | K | T | Sold (part) | 03/04/14 | J | A | |
| 3. Acadian Emerging Markets | A | Dividend | K | T | Buy | 03/04/14 | J | | |
| 4. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 5. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 6. Allianz NFJ Intl Value Fund | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 7. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 8. Apache Corp. common | A | Dividend | | | Sold (part) | 05/13/14 | J | B | |
| 9. | | | | | Sold | 06/02/14 | J | B | |
| 10. Apple common | A | Dividend | K | T | | | | | |
| 11. Anheuser Busch InBev ADR | A | Dividend | J | T | | | | | |
| 12. Aspen Manaaged Futures Strategy Fund I (MFBPX) | A | Dividend | K | T | | | | | |
| 13. AQR Mgd Fut Strat (AQMIX) | A | Dividend | | | Buy | 04/08/14 | J | | |
| 14. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 15. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 16. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 17. | | | | | Buy (add'l) | 07/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 19. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 20. | | | | | Sold | 10/27/14 | J | A | |
| 21. Bank of America deposit accounts | A | Interest | K | T | | | | | |
| 22. Blackrock Equity Dividend (MADVX) | A | Dividend | K | T | Buy | 04/08/14 | K | | |
| 23. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 24. | | | | | Sold (part) | 06/02/14 | J | A | |
| 25. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 26. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 27. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 28. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 29. | | | | | Sold (part) | 10/27/14 | J | A | |
| 30. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 31. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 32. Blackrock Glbl Long/Short (BDMIX) | | None | K | T | Buy | 05/06/14 | J | | |
| 33. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 34. | | | | | Sold (part) | 06/03/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 36. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 37. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 38. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 39. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 40. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 41. Blackrock High Yield Fund | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 42. Baxter Intl common | A | Dividend | | | Sold (part) | 03/19/14 | J | | |
| 43. | | | | | Sold | 05/13/14 | J | A | |
| 44. BB&T Corp. | A | Dividend | | | Sold (part) | 05/13/14 | J | A | |
| 45. | | | | | Sold | 06/02/14 | J | A | |
| 46. BHP Billiton ADR | A | Dividend | J | T | | | | | |
| 47. Buffalo Intl | A | Dividend | K | T | Buy (add'l) | 03/14/14 | J | | |
| 48. Causeway Intl Value (CIVIX) | A | Dividend | K | T | Buy | 10/02/14 | K | | |
| 49. | | | | | Sold (part) | 10/27/14 | J | | |
| 50. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 51. | | | | | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CF Industries common | A | Dividend | J | T | | | | | |
| 53. Cerner Corp. | | None | | | Sold | 06/02/14 | J | B | |
| 54. Chevron common | A | Dividend | | | Sold | 06/02/14 | J | A | |
| 55. Clearbridge Aggessive Growth (SAGYX) | | None | K | T | Buy | 04/08/14 | J | | |
| 56. | | | | | Sold (part) | 05/06/14 | J | | |
| 57. | | | | | Sold (part) | 06/02/14 | J | A | |
| 58. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 59. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 60. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 61. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 62. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 63. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 64. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 65. Columbia Acorn Z (ACRNX) | | None | K | T | Buy | 04/08/14 | J | | |
| 66. | | | | | Sold (part) | 05/06/14 | J | | |
| 67. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 68. | | | | | Buy (add'l) | 06/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 70. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 71. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 72. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 73. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 74. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 75. CVS Caremark common | A | Dividend | K | T | | | | | |
| 76. Delaware Value CL Inst | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 77. Diageo ADR | A | Dividend | J | T | | | | | |
| 78. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 79. DoubleLine Total Return Bond Fund | A | Dividend | | | Sold (part) | 02/06/14 | J | | |
| 80. | | | | | Sold (part) | 02/20/14 | J | | |
| 81. | | | | | Sold | 03/11/14 | J | | |
| 82. Dover Corp. common | A | Dividend | | | Sold (part) | 05/13/14 | J | C | |
| 83. | | | | | Sold | 06/02/14 | J | B | |
| 84. Dreyfus Cash Mgmt Fund | A | Interest | | | Closed | 12/18/14 | K | | See Part VIII, note 2. |
| 85. Dreyfus Intl Bond Fund | | None | | | Sold | 01/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Driehaus Active Income Fund | A | Dividend | | | Sold | 10/21/14 | J | | |
| 87. Driehaus Emrg Mkts | A | Dividend | K | T | Buy | 03/04/14 | J | | |
| 88. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 89. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 90. Eaton Vance Structured Emerging Markets Fund | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 91. Eaton Vance Floating Rate (EIBLX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 92. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 93. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 94. | | | | | Sold (part) | 06/03/14 | J | | |
| 95. | | | | | Sold (part) | 06/03/14 | J | A | |
| 96. | | | | | Sold (part) | 07/02/14 | J | A | |
| 97. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 98. Enterprise Bank & Trust Co. common | C | Dividend | M | T | Sold (part) | 03/10/14 | L | E | |
| 99. EMC Corp. common | A | Dividend | | | Sold | 05/13/14 | J | A | |
| 100. Equity Residential SBI | A | Dividend | K | T | | | | | |
| 101. Exxon Mobile common | A | Dividend | K | T | | | | | |
| 102. Fidelity Inst Money Market fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Franklin Int'l Small Cap Growth Fund | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 104. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 105. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 106. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 107. Fundvantage TR Polen Grw Inst (POLIX) | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 108. | | | | | Sold (part) | 06/02/14 | J | A | |
| 109. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 110. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 111. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 112. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 113. | | | | | Sold (part) | 10/27/14 | J | A | |
| 114. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 115. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 116. Goldman Sachs Absolute Return Tr 1 (GARTX) | A | Dividend | | | Buy | 04/08/14 | J | | |
| 117. | | | | | Sold (part) | 05/06/14 | J | | |
| 118. | | | | | Sold (part) | 06/02/14 | J | A | |
| 119. | | | | | Buy (add'l) | 06/03/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 121. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 122. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 123. | | | | | Sold | 10/27/14 | J | A | |
| 124. Goldman Sachs Strat Inc Fd | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 125. Guggenheim S&P Global Water ETF | A | Dividend | J | T | | | | | |
| 126. Highland Long/Short Equity Fund | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 127. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 128. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 129. IBM common | A | Dividend | | | Sold (part) | 03/19/14 | J | B | |
| 130. | | | | | Sold | 05/13/14 | J | C | |
| 131. Invesco Premier Inst (IPPXX) | | None | | | Buy | 04/08/14 | J | | |
| 132. | | | | | Sold | 05/06/14 | J | | |
| 133. iShares Barclays 1-3 yr Credit Bond Fund | A | Dividend | K | T | | | | | |
| 134. iShaares Core S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 03/04/14 | L | | |
| 135. | | | | | Buy (add'l) | 03/19/14 | K | | |
| 136. | | | | | Buy (add'l) | 05/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/03/14 | K | | |
| 138. iShares Nasdaq Biotech Fund | A | Dividend | K | T | Sold (part) | 05/13/14 | J | C | |
| 139. JOHCM Intl Select Fund | A | Dividend | | | Sold | 10/09/14 | J | A | |
| 140. Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 141. Loomis Sayles Core Plus | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 142. Loomis Sayles Investment Grade Bond Fund | A | Dividend | | | Sold | 10/09/14 | J | A | |
| 143. Lord Abbett Sht Duration Inc (LDLFX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 145. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 146. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 147. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 148. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 149. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 150. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 151. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 152. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 153. Mainstay Cushing MLP Premier (CSHZX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/06/14 | J | A | |
| 155. | | | | | Sold (part) | 06/02/14 | J | A | |
| 156. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 157. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 158. Mainstay Large Cap Growth (MLAIX) | | None | | | Buy | 04/08/14 | K | | |
| 159. | | | | | Sold | 05/06/14 | K | | |
| 160. Mainstay Marketfield Fund | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 161. Manulife Financial common | A | Dividend | K | T | | | | | |
| 162. Matthews Asian Growth fund | A | Dividend | J | T | | | | | |
| 163. Matthews Pacific Tiger fund | A | Dividend | K | T | | | | | |
| 164. Merger Fund | A | Dividend | J | T | | | | | |
| 165. MetroWest Tot Ret (MWTIX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 166. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 167. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 168. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 169. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 170. | | | | | Buy (add'l) | 08/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 172. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 173. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 174. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 175. Mettler-Toledo Intl. common | | None | J | T | | | | | |
| 176. MFS Value Fund | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 177. Microsoft common | A | Dividend | J | T | Sold (part) | 05/13/14 | J | C | |
| 178. Morgan Stanley Bank cash/MM account | A | Interest | K | T | Open | 12/18/14 | K | | |
| 179. National Oilwell Varco | A | Dividend | J | T | | | | | |
| 180. Novo-Nordisk ADR | A | Dividend | J | T | | | | | |
| 181. Parnassus Mid Cap | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 182. Pepsico common | A | Dividend | | | Sold | 03/19/14 | J | C | |
| 183. PIMCO Commodity Real Return Fund | A | Dividend | J | T | | | | | |
| 184. PIMCO Enhanced Short Maturity ETF | | None | K | T | Sold (part) | 03/04/14 | K | | |
| 185. Praxair, Inc. common | A | Dividend | J | T | Sold (part) | 03/04/14 | J | C | |
| 186. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 187. Prudential Jennison Nat Res (PNRZX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 15 of 22

**Name of Person Reporting**

O'Toole, George A.

**Date of Report**

06/29/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 189. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 190. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 191. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 192. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 193. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 194. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 195. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 196. Prudential Sht Duration High Yld (HYSZX) | A | Dividend | J | T | Buy | 06/06/14 | J | | |
| 197. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 198. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 199. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 200. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 201. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 202. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 203. Putnam Cap Spectrum (PVSYX) | | None | | | Buy | 04/08/14 | J | | |
| 204. | | | | | Sold | 05/06/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 22

**Name of Person Reporting**

O'Toole, George A.

**Date of Report**

06/29/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Putnam Sht Duration Income (PSDYX) | A | Dividend | | | Buy | 05/06/14 | J | | |
| 206. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 207. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 208. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 209. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 210. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 211. | | | | | Sold | 10/27/14 | J | | |
| 212.  Qualcomm common | A | Dividend | J | T | | | | | |
| 213.  Questar common | A | Dividend | | | Sold | 06/02/14 | J | A | |
| 214.  Raytheon common | A | Dividend | M | T | | | | | |
| 215.  Raytheon options | | None | J | T | Sold (part) | 01/30/14 | K | D | |
| 216.  Raytheon Savings and Investment Plan | A | Int./Div. | | | Closed | 01/27/14 | K | | See Part VIII, note 3. |
| 217.  -Raytheon Stock Fund | | | | | | | | | |
| 218.  -Real Estate Securities Fund | | | | | | | | | |
| 219.  -NT Aggregate Bond Index Fund | | | | | | | | | |
| 220.  -PIMCO Total Return Inst | | | | | | | | | |
| 221.  --Fidelity Inst Money Mkt | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. RidgeWorth Floating Rate High Income Fund | A | Dividend | | | Sold (part) | 02/05/14 | J | | |
| 223. | | | | | Sold (part) | 03/11/14 | L | | |
| 224. | | | | | Sold | 10/14/14 | J | | |
| 225. Royal Dutch Shell plc spnsrd ADR | A | Dividend | | | Sold | 03/04/14 | J | B | |
| 226. Schwab Advisor Cash Reserve Fund | A | Interest | K | T | | | | | |
| 227. SPDR Gold Trust | | None | K | T | | | | | |
| 228. Stericycle,Inc. common | | None | J | T | Sold (part) | 03/04/14 | J | D | |
| 229. | | | | | Sold (part) | 05/13/14 | J | C | |
| 230. Templeton Global Bond Fund (TGBAX) | B | Dividend | M | T | Buy (add'l) | 05/06/14 | J | | |
| 231. | | | | | Sold (part) | 06/02/14 | J | A | |
| 232. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 233. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 234. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 235. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 236. | | | | | Sold (part) | 10/27/14 | J | A | |
| 237. Thermo Fisher common | A | Dividend | J | T | Sold (part) | 05/13/14 | J | B | |
| 238. Thomas White Intl Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Thornburg Intl Value Fund | A | Dividend | K | T | Buy (add'l) | 04/08/14 | K | | |
| 240. | | | | | Sold (part) | 05/06/14 | J | A | |
| 241. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 242. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 243. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 244. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 245. | | | | | Sold (part) | 10/02/14 | J | | |
| 246. Tortoise Energy Infrastructure Corp. | A | Dividend | J | T | | | | | |
| 247. Tortoise MLP Fund | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 248. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 249. T Rowe Price High Yield Fund | B | Dividend | | | Sold (part) | 02/06/14 | J | | |
| 250. | | | | | Sold (part) | 03/11/14 | J | A | |
| 251. | | | | | Sold | 10/24/14 | J | A | |
| 252. Union Pacific common | A | Dividend | K | T | | | | | |
| 253. Van Eck Emrg Mkts | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 254. Vanguard Emerging Mkts. Index Fund | | None | | | Sold (part) | 03/04/14 | J | | |
| 255. | | | | | Sold | 03/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vanguard Growth Index Fund | A | Dividend | J | T | Buy (add'l) | 01/30/14 | J | | |
| 257. | | | | | Sold (part) | 02/21/14 | J | A | |
| 258. | | | | | Sold (part) | 03/11/14 | K | C | |
| 259. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 260. Vanguard Short-Term Inv Grade Fund | A | Dividend | K | T | | | | | |
| 261. Vaughan Nelson Value Oppty Fund | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 262. Verizon Communications common | A | Dividend | J | T | | | | | |
| 263. Virtus Insight Emrg Mkts (HIEMX) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 264. | | | | | Sold (part) | 05/06/14 | J | A | |
| 265. | | | | | Sold (part) | 06/02/14 | J | A | |
| 266. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 267. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 268. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 269. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 270. | | | | | Sold (part) | 10/27/14 | J | | |
| 271. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 272. | | | | | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Voya Global RE (IGLIX) | A | Dividend | J | T | Buy | 05/06/14 | J | | |
| 274. | | | | | Sold (part) | 06/02/14 | J | A | |
| 275. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 276. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 277. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 278. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 279. | | | | | Sold (part) | 10/27/14 | J | A | |
| 280. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 281. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 282. Voya (ING) Real Estate (CRARX) | | None | | | Buy | 04/08/14 | J | | |
| 283. | | | | | Sold | 05/06/14 | J | A | |
| 284. Vulcan Value Partners Small Cap Fund | A | Dividend | J | T | | | | | |
| 285. WCM Focused Intl Growth | A | Dividend | J | T | Buy | 10/10/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a ▮▮▮ trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. In December 2014 we changed our investment adviser. The former adviser retained cash in the listed Dreyfus account. Those funds were transferred to the successor adviser. They are now maintained in a Morgan Stanley Bank account.
   The current adviser has, as did the former, full discretionary investment authority and makes all purchase and sale decisions.

3. The Raytheon Savings and Investment Plan was a 401(k) plan belonging to ▮▮▮ It was administered by Fidelity Investments. Previous reports indicated the value of the entire plan, which was invested as indicated in sub-funds administered by Fidelity. In January 2014, the plan was rolled over into an IRA administered by Morgan Stanley. Fidelity liquidated the assets and transferred the cash proceeds to Morgan Stanely, which has, over the course of the year, reinvested them. The reinvestment occurred over time, which is why many of the entries on this report show multiple purchases (and some sales) of the same investments over the course of several months. The value of the Plan was in range N at the time of the transfer of the proceeds. Fidelity liquidated assets in the account it was managing on January 27, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544